**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICK BLANCO,              )
                             )
        Plaintiff,          )   Case No.  2:11-cv-00668-RLH-GWF
                             )
vs.                          )   **ORDER**
                             )
SAM'S WEST, INC., dba SAM'S CLUB,  )
                             )
        Defendant.          )
_____)

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated April 29, 2011, required the parties to file a Joint Status Report regarding removed action no later than June 1, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **June 20, 2011,** which must:

    1.   Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

    2.   Include a statement by counsel of action required to be taken by this court.

    3.   Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 10th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge