1  BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
2  BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
3  PHILLIPS, SPALLAS & ANGSTADT LLC
4  504 S. Ninth Street
Las Vegas, Nevada 89101
5  (702) 938-1510
*Attorneys for Defendant*
6  *Sam's West, Inc.*

7                        UNITED STATES DISTRICT COURT
8                               DISTRCT OF NEVADA

9  PATRICK BLANCO,                              Case No.: 2:11-cv-00668-RLH-CWH

10                 Plaintiff,
                                                **STIPULATION AND ORDER FOR**
11   v.                                         **DISMISSAL WITH PREJUDICE**

12  SAM'S WEST, INC.; erroneously identified as
an Arizona Corporation, dba SAM'S CLUB;
13  DOES I-X; and ROE CORPORATIONS I-X,
inclusive,
14
15                 Defendants.

16

17      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

19  //
20  //
21  //
22  //
23  //
24  //

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

or her own costs and attorney's fees.

DATED this ___ day of November, 2011.

_____  
Patrick Blanco  
La Marina 21  
Camino Figueroa  
San Juan, PR 00926-7334  
*Plaintiff Pro-Per*

_____  
Brandon Smith, Esq.  
PHILLIPS, SPALLAS & ANGSTADT, LLC  
504 South Ninth Street  
Las Vegas, Nevada 89101  
*Attorneys for Sam's West, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 8th day of December, 2011.

_____  
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

PHILLIPS, SPALLAS & ANGSTADT, LLC

_____  
BRANDON P. SMITH, ESQ.  
Nevada Bar No. 10443  
504 S. Ninth St.  
Las Vegas, NV 89101  
(702) 938-1510  
*Attorneys for Defendant*  
*Wal-Mart Stores, Inc.*