BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT
DISTRCT OF NEVADA

| | |
|---|---|
| PATRICK BLANCO,<br><br>                    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.; erroneously identified as an Arizona Corporation, dba SAM'S CLUB; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.: 2:11-cv-00668-RLH-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//

//

//

//

//

- 1 -

1   or her own costs and attorney's fees.

2   DATED this ___ day of November, 2011.

3

4   _____
    Patrick Blanco

5   La Marina 21
    Camino Figueroa

6   San Juan, PR 00926-7334
    *Plaintiff Pro-Per*

7

_____
Brandon Smith, Esq.
PHILLIPS, SPALLAS & ANGSTADT, LLC
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Sam's West, Inc.*

8

9                        **ORDER**

10          PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

11   it is hereby:

12          ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

13
14   with prejudice each party to bear their own costs and attorney's fees.

          DATED this ___8th___ day of ___December___, 2011.

15

16

17   _____
     UNITED STATES DISTRICT JUDGE

18

19   Respectfully submitted by:

20   **PHILLIPS, SPALLAS & ANGSTADT, LLC**

21

22   _____
     BRANDON P. SMITH, ESQ.

23   Nevada Bar No. 10443
     504 S. Ninth St.

24   Las Vegas, NV 89101
     (702) 938-1510

25   *Attorneys for Defendant*
     *Wal-Mart Stores, Inc.*

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE